PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
01-00373-010

DOCKET NUMBER *(Rec. Court)*
2:13-CR-510

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Grant Barbour | New Jersey | |
| | NAME OF SENTENCING JUDGE | |
| | Jerome B. Simandle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/15/09 — TO 05/14/14 |

FILED
SEP 20 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**OFFENSE**

Possess with Intent to Distribute More than 5 Grams of Cocaine Base, 21 USC 841(a)(1) and (b)(1)(B).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 22, 2013
*Date*

*/s/ Jerome B. Simandle*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*