Grant Barbour #MP7790
Box A; 1 Rockview Place
Bellefonte, PA
        16823

11-9-2020

RE:  Time credits, Supervised Release, and Copy of my PSI

Dear Honorable Legrome D. Davis,

My name is Grant Barbour and I had a hearing with you on 9-14-2015 where you sentenced me to 1 year supervised release and a sixty day incarceration to run concurrent with my county time I was currently doing. (pre-trial). I took a bench trial and was found guilty in CJC. When I came upstate to begin my sentence, I found out that I received no credit for the time I had the federal detainer after seeing you to complete my 60 day sentence. It actually took ninety (90) days for your detainer to lift so instead of the county running the 60-90 day Federal sentence you gave me concurrent as you directed on the record that day at my supervised release violation hearing, they did not credit me, therefore the DOC has not given me the credit. I was incarcerated from 10-27-14 to 7-18-16 in the county jail as you can see from the paperwork I've provided which is the time credits sent here (upstate) from the county jail. As you see from 9-20-15 thru 12-25-15 which started the time you gave me until the time it took for your (Federal) detainer to lift, I received no credit. Can

you please Your Honor get this fixed (revised) so that the DOC gives me the credit for 9-20-15 to 12-25-15 that I was supposed to get. I guess the county Jail did not get your instructions that your time was to be ran concurrent with my county or state time I was doing as you ordered. I also recieved a 18½ to 40 year sentence here your Honor which I am appealing. Is it possible that I can have my 1 year Supervised Release (finished) or as time served. I've been in jail 6 years now and been in no trouble at all, here or the county Jail. I thank you for being understanding at our sentencing, we spoke about alot that day and it really inspired me to get back on track. I still plan to stick to my truck driving upon release. At our hearing, the "victim" on this case was present in your court room. She had recanted when I took my bench trial admitting that she lied to put me in jail and that I'm a innocent man. She admitted that I never grabbed her steering wheel to make her crash and that actually she hit me as she was driving and lost control of her car and that I actually tried to reach over and save us but was too late. She admitted to being intoxicated and pissed at me for picking her up late (4 hours late) and having a woman in her car. The Judge still found me guilty of Attm Murder. I had a woman judge, I thought she'd see this case for what it is fraudelent but it did not go that way YouR Honor. She even

going on in my life. To reiterate what I've asked for is.

1) to have my time credits corrected for the 90+ days I had the federal detainer to complete the 60 day sentence you gave me.

2) To possibly have my 1 year Supervised Release sentence completed while I'm here or already completed since It's been 4 or 5 years since you gave me that sentence.

3) And also can you please send me my original P S I ( presentence Report), I'd greatly appreciate it.

Your Honor, please be safe out there and blessed, this covid is serious, were in Quarantine as I write this letter. I pray you and your family are all okay out there. As for me, I'm gonna keep positive, I know mistakes happen and no ones infallible, hopefully the whole truth will come to light and I'll come home soon. I'm waiting for the court to appoint me a lawyer to assist in my PCRA. Please do tell my Supervised Release officer Mr. Matt Wilson I said hello. Thanks YOUR Honor and. GOD bless you.

P.S. Sorry for the different paper, I realized I was at my last page of paper and had to go through alot to get someone to send me this yellow piece of paper since we're lock down.

Sincerely, & Respectfully
Grant Barbour
Mr Grant A. Barbour

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :  Date of
          :  Notice: August 25, 2015
   vs.     :
          :
GRANT BARBOUR   :  Criminal No. 13-510-1
#40386-050
Philadelphia FDC

  **TAKE NOTICE** that the above-entitled case has been set for **Violation of Supervised Release** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, to:
    **Monday, September 14, 2015** at **2:00 p.m.** before
   the Honorable **Legrome D. Davis**, in **Courtroom 6A, 6th floor.**

  **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

  If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. (Please notify the deputy clerk if the above address is not correct.)

        Very truly yours,

        Donna Croce

        Courtroom Deputy to Judge Davis
        267-299-7659

**No** INTERPRETER REQUIRED

☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM:8/10/15

       Notice to:
       Defendant
       Maria PedrazaDefender Association
       Kevin Brenner, A.U.S.A.(via e-mail)
       U.S. Marshal (via e-mail) & faxed
       Probation Office (via e-mail)
       Pretrial Services (via e-mail)
Cr 4 (rev. 8/98)     Larry Bowman (via e-mail)

Recieved 60 Day Sentence out of a possible 8-14 month sentence, 30 month max And I was given a year supervised Release! Completed sentence 11-14; detainer lifted 12-14-15



## *Office of the Clerk of Courts*
Room 402, Criminal Justice Center
Philadelphia, PA 19107

To:  Superintendent, State Correctional Institutions

Re:  Inmate Records

Institution: _Picc_

PP#: _1151164_

Date: _07/19/16_

---

Commonwealth

vs

_BARBOUR, GRANT_

AKA: _____

CHARGES: _CC 901_

CP-51-CR- _0000350 - 2015_

MC-51-CR- _0036743 - 2014_

ESCAPE _____ RETURN _____ SCIG ✔ STATE IP _____

Dear Record Specialist:

In checking the records of the above captioned defendant, he/she is to be credited with time served while incarcerated in the Philadelphia County Prison System, while awaiting trial, if not already applied to another matter.

FROM: _10/27/14_        TO: _09/20/15_

FROM: _12/25/15_        TO: _07/18/16_

FROM: _____        TO: _____

FROM: _____        TO: _____

The above credit time was calculated by C/O _____ of the Philadelphia County Prison. This letter shall be considered an amendment to the original Commitment and is being sent to you under the seal of the County. Any questions regarding this " Credit Request for Corrections" should be directed to the Director of CMR at the Philadelphia Prison System.

Christopher Thomas
Director of CMR
215-685-8487/215-685-8488
215-685-8489/215-685-8490

Sincerely,

Wendy Daniels, Alice Hewitt,
Katherine Sanders and Katrina Young

Court Services Managers

Grant Barbour #MP7790
Box A; 1 Rockview Place
Bellefonte, PA
16823

Legal Mail

U.S.W.S.
X-RAY

1910831796 0013

INMATE MAIL
PA DEPT OF
CORRECTIONS




U.S. POSTAGE >> PITNEY BOWES

ZIP 16823
02 1W
0001403631 NOV 09 2020
$ 000.50⁰

Attn. Honorable Legrome D. Davis
United States District Court,
United States Courthouse,
601 Market Street
Philadelphia, Pennsylvania
19107